

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 7 2023

CLERK. U.S. DISTRICT COURT
By_____
Deputy

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 3:21-CR-460-N** |
| | § | |
| **CARLOS EDUARDO BERNAL** | § | |
| **RODRIGUEZ  (03)** | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**CARLOS EDUARDO BERNAL RODRIGUEZ (3)**, by consent, under authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to FED. R. CRIM. P. 11, and has entered a plea of guilty to Count 1 of the Superseding Information. After cautioning and examining **CARLOS EDUARDO BERNAL RODRIGUEZ (3)** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that **CARLOS EDUARDO BERNAL RODRIGUEZ (3)** be adjudged guilty of a violation of 18 U.S.C. § 4, to-wit: Misprison of a Felony, and have sentence imposed accordingly. After being found guilty of the offense by the district judge:

**The Defendant is currently in custody and should be ordered to remain in custody.**

Date:   June 27, 2023.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).